200 F.2d 197
 Bernard M. SHOTKIN, Formerly Trading as Edison Power & Light
Co., Now Trading as Power & Light Co.,
v.
DENVER PUBLISHING CO. et al.
 No. 4503.
 United States Court of Appeals Tenth Circuit.
 Nov. 12, 1952.
 
 Walter F. Dodd, Chicago, Ill., for appellant.
 Norman E. Cobb, Denver, Colo., for appellees.
 Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed November 12, 1952, on ground there was no final or appealable order.